UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | 8:22MJ11 |
| | ) | 3:21CR377-GPC |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **BION ANGELO FLINT,** | ) | |
| | ) | **Magistrate Judge Nelson** |
| **Defendant.** | ) | |

### AMENDED RULE 5 ORDER

A Petition for Action on Conditions of Pretrial Release and Warrant having been filed in the Southern District of California (prosecuting district), and the defendant having been arrested in the District of Nebraska, proceedings were held in accordance with Fed.R.Cr.P.5(c)(3). The defendant waived an identity hearing and admitted that he was the person named in the warrant. The court finds that a reliable electronic copy of the warrant has been produced and that the defendant is the same person named in the warrant. Accordingly,

**IT IS ORDERED:**

1. The defendant is transferred to the prosecuting district specified above.

2. The U.S. Marshal is commanded to take custody of the defendant and to transport the defendant with a certified copy of this order forthwith to the prosecuting district specified above and there deliver the defendant to the U.S. Marshal for that district or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Cr.P.40 having been completed.

DATED this 14th day of January, 2022.

                                                                             s/ Michael D. Nelson
                                                                             Michael D. Nelson
                                                                              U.S. Magistrate Judge